# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
FEB 0 1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of )
9152 Schmuckly Drive, Apartment # 7 Sacramento, California, )
including any safes or other storage containers within the ) Case No.
residence; and )
) 2:19-SW-0009 DB
A red iPhone with a black case with IMEI 35 584108 513727 9 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before    January 23, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐  for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  1-9-19 @ 4:45pm        _____
                                              *Judge's signature*

City and state:    Sacramento, California        Deborah Barnes, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| SO16ER19SO0001 | 01/09/2019 17:00 hours | Andrea AGUILAR-ENRIQUEZ |

Inventory made in the presence of :
SA Dylan Critten

Inventory of the property taken and name of any person(s) seized:

See attached (2 pages) *jdl*

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   2/1/2019
Signature of Judge                         Date
KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE

Evidence seized includes the following;

Weapons

1. Kimber Warrior II pistol, S/N K354196
2. Sig Sauer Pistol/SP23540, S/N SP0071026
3. Springfield XD 40 pistol, S/N US166933
4. Glock Polymer 80 pistol
5. Colt Mark IV 570 Camo pistol, S/N 72792G70
6. Glock 21 pistol, S/N ABR84305
7. Amadeo Rossi 357 Magnum, pistol, S/N 075305
8. Smith & Wesson model 915, S/N VAU8643
9. Smith & Wesson Shield 40, S/N HSY3872
10. Glock Polymer 80 pistol
11. Springfield S4 XD pistol, S/N VS767658
12. Sig Sauer P238 pistol, S/N 27BQ97052
13. Beretta Model 950BS pistol, S/N 8R84370V
14. American Classic II pistol, S/N 813-06461
15. Polymer 80, short barrel rifle
16. Anderson AM15 .223 red rifle, S/N14072635
17. Cobra 38 pistol
18. Maverick Model 88, S/N MB98666H
19. Machine Gun 80% rifle w/optic & light, gray & white
20. Punisher 80% rifle Black & tan
21. PDS Model MK-1 rifle, S/NMK1-03741
22. Mossberg 500 12g, shotgun, S/N Obstructed
23. 80% red camo rifle
24. Remington 870 shotgun, S/N R528502C
25. Panther Arms 308 rifle, S/N 68519
26. Olympic Arms purple rifle, S/N F3231
27. Glock Polymer 80 (On subject at time of arrest)
28. 2 finished lower receivers
29. 1 unfinished lower receiver

Ammunition

30. 8- .45 cal ammo rounds loaded in pistol
31. 10-9mm ammo rounds from Glock on Subjects person.
32. Magazine from Glock on Subject's person
33. 10 .40 Cal ammo rounds in Sig in safe
34. 7- .45 cal ammo rounds Glock (flag)
35. 6- .357 cal ammo rounds (7)
36. 8- 9mm ammo rounds (8)
37. 7- .380 cal ammo rounds
38. 8- .25 auto ammo rounds
39. 2 Black boxes various ammo
40. 1 box misc bulk ammo
41. 17-Various cal ammo rounds in room "D"

## Magazines

42. Cobra magazine .38 cal
43. American Classic magazine (14)
44. 2-Kimber magazines "D"
45. Kimber magazine (1)
46. Sig Sauer magazine (2)
47. Springfield magazine (3)
48. Glock magazine (4)
49. Colt magazine (5)
50. Glock magazine from flag Glock (6)
51. S&W magazine from (8)
52. S&W Shield magazine from (9)
53. Springfield XD magazine from (11)
54. Sig Sauer P238 magazine from (12)
55. Beretta magazine (950 BS)
56. 31 Misc magazines (bag)

## Miscellaneous

57. X26 Taser, S/N p7-020664
58. X26 Taser, S/N XD0-414142
59. Silencer; Navy Seal markings
60. 4 jigs for gun lower (milling tools)

## Electronics

61. Apple MacBook Pro S/N C02JM43QDKQ1
62. Dell Latitude computer, S/N HBR2L32
63. HP Pavilion DV9000, S/N CNF8271W3P
64. Sony Camcorder DCR 5x65, S/N 4157770
65. GoPro camera
66. 16 Various SD media cards
67. Miscellaneous spare gun parts
68. Miscellaneous docs
69. Red iPhone w/ Black Case IMEI: 355841085137279
70. Moto Cell Phone Model # XT1635-02

## Currency

71. $59,440.00 in cash from the safe